# EXHIBIT A

## SETTLEMENT AGREEMENT and RELEASE

THIS SETTLEMENT AGREEMENT and RELEASE made effective this 19th day of September, 2011 by and between Andrew A. Chartier (hereinafter referred to as "Borrower", whether one or more) and Green Tree Servicing LLC, Servicing Agent for RBS Citizens, N.A. (hereinafter referred to as "Lender")

WHEREAS, Borrower is the obligor on a promissory note dated November 29, 2006 held by Lender; and

WHEREAS, Borrower is in default under the said promissory note and is indebted to Lender in the sum of $42273.17 with interest thereon ate the rate of 8.0% per annum from August 17, 2011 (the "full indebtedness"), which sum is due and payable and which sum Borrower agrees is due and owing; and

WHEREAS, Lender has agreed to accept a reduced sum in full satisfaction of the said promissory note and Borrower has agreed to pay that reduced sum as provided herein.

NOW THEREFORE, THIS SETTLEMENT AGREEMENT and RELEASE.

For and in consideration of the recitals set forth above and other good and valuable consideration the receipt of which is acknowledged by the parties hereto the parties do agree as follows:

1. Lender Agrees to accept the sum of $21136.00 (the "settlement amount") in full satisfaction of all monies on the said promissory note.

2. The settlement amount shall be paid <u>without interest</u> as follows:
    a. an initial installment of $2500.00 due September 30, 2011;
    b. $18636.00 payable in equal monthly installments of $328.26 commencing on October 15, 2011 and continuing on the same day of each month thereafter until September 15, 2015 at which time the last such monthly installment of the settlement amount shall be due and payable.

3. The installments shall be paid to Lender in care of attorney M. Richard Epps, P.C., 605 Lynnhaven Parkway, Virginia Beach Virginia 23452. Payments may also be made to the following via overnight delivery or wire transfer as follows:

Overnight Mail to:
Green Tree
345 St Peter St.
RMS Processing - L800R
St. Paul, MN 55102

Bank Wire Instructions:
Bank Name: Bank of America
Bank Address: 150 Broadway
Bank City/State/Zip: New York, NY 10038
Account Name: Green Tree Servicing LLC
Routing #: 026009593
Account: 1257813511
Memo: Payoff and customer account number

1

4.  Borrower may pre-pay, in whole or in part, the settlement amount without penalty

5.  Lender agrees that so long as the installment payments provided herein are received as provided herein Lender will take no legal action to collect the promissory note.

6.  Default. In the event of a default in the making of any installment payment of the settlement amount, and if such installment is not received by Green Tree Servicing LLC within 10 days of its due date, at Lender's option, this Settlement Agreement and Release shall be null and void and in such event all payments made pursuant to this Agreement prior to the default shall be applied to the indebtedness and Borrower shall remain liable for the remaining balance of the indebtedness, which said sum shall be immediately due and payable without further notice to Borrower. Borrower appoints the law firm of M. Richard Epps, P.C. as his/her agent to, without further notice to Borrower, confess judgment on behalf of the Borrower for the unpaid balance pursuant to Section 8.01-432 of the Code of Virginia (1950), as amended.

7.  Timely payment of all of the installment payments provided herein shall constitute a full release and discharge of Borrower from all claims, demands and causes of action that may exist or hereafter arise out of or connected with, directly or indirectly, the said promissory note and any collateral document(s) that may be associated herewith.

8.  This Agreement sets forth the entire understanding of the parties and supersedes any and all prior agreements, arrangements and understandings relating to the subject matter hereof. No representation, promise, inducement or statement of intention has been made by any of the parties that is not embodied in this Agreement, and none of the parties shall be bound by, or liable for, any alleged representation, promise, inducement or statement of intention not embodied herein. This Agreement shall be binding upon and inure to the benefit of the parties and their respective heirs, legal representatives, successors and assigns. This agreement shall be effective when signed below or in counterpart, and photocopy, facsimile, electronic, or other copies shall have the same effect for all purposes as an ink-signed original.

**IMPORTANT NOTICE**
**THIS INSTRUMENT CONTAINS A CONFESSION OF JUDGMENT PROVISION WHICH CONSTITUTES A WAIVER OF IMPORTANT RIGHTS YOU MAY HAVE AS A DEBTOR AND ALLOWS THE CREDITOR TO OBTAIN A JUDGMENT AGAINST YOU WITHOUT ANY FURTHER NOTICE.**

WITNESS THE FOLLOWING SIGNATURES AND SEALS:

_____(SEAL)     Date: 9/21/11
Andrew A. Chartier

Lender's signature is located on page 3 of this Settlement Agreement and Release.

2

RBS Citizens, N.A.

By Green Tree Servicing LLC,
Its Servicing Agent

By _*[signature]*_   Date: 9.21.2011

Title: Account Specialist
Attorney Performance

3

_*[signature: A. CHACTIEL]*_