### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANDREW CHARTIER | * | |
| | * | |
| v. | * | Civil No. – JFM-14-1071 |
| | * | |
| M. RICHARD EPPS P.C., ET AL. | * | |

### ORDER

For the reasons stated in the memorandum entered herewith, it is, this 1st day of February 2016

ORDERED

1. Defendant Green Tree Servicing, LLC's motion for summary judgment (document 93) is granted;

2. Defendant M. Richard Epps P.C. cross-motion for summary judgment (document 92) is granted;

3. Plaintiff's motion for summary judgment as to M. Richard Epps P.C. (document 87) is denied; and

4. Judgment is entered in favor of defendants against plaintiff.

/s/
J. Frederick Motz
United States District Judge