## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

|  |  |
|---|---|
| ANDREW CHARTIER,<br><br>            Plaintiff,<br>     v.<br><br>M. RICHARD EPPS P.C., et al.,<br><br>            Defendants. | Civil Action No.: 1:14-cv-01071-ELH |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Andrew Chartier, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order and Memorandum entered in this action on February 1, 2016, (1) granting the Motion for Summary Judgment by Defendant Green Tree Servicing, LLC (Doc. No. 93), (2) granting the Cross-Motion for Summary Judgment by Defendant M. Richard Epps P.C. (Doc. No. 92), and (3) denying Plaintiff's Motion for Summary Judgment as to M. Richard Epps P.C. (Doc. No. 87).

Dated: February 16, 2016

                ANDREW CHARTIER,

                By:   /s/ Sergei Lemberg
                Sergei Lemberg, Attorney-in-Charge
                LEMBERG LAW L.L.C.
                43 Danbury Road
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                E-mail: slemberg@lemberglaw.com
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that on February 16, 2016, a copy of the foregoing was filed via the CM/ECF system for the District of Maryland, which sent notice of such filing to:

David D Hudgins
Hudgins Law Firm PC
515 King St Ste 400
Alexandria, VA 22314

Brian L Moffet
Zachary Schultz
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202

                                                      /s/ Sergei Lemberg
                                                        Sergei Lemberg, Esq.